UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 04-509-JBC

JIMMY D. HOUNSHELL, PLAINTIFF,

V.     MEMORANDUM OPINION AND ORDER

JO ANNE BARNHART, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION, DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge James B. Todd. No objections have been filed to the Report and Recommendation.

This court may give deference to a magistrate judge's factual and legal conclusions when neither party objects to the magistrate judge's conclusions. *Thomas v. Arn*, 474 U.S. 140 (1985). After a review of the record, the court concurs in the result recommended by the magistrate judge. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (DE 11) is **ADOPTED** as the opinion of the court and the plaintiff's motion for summary judgment (DE 6) is **DENIED WITHOUT PREJUDICE** and the defendant's motion for summary judgment (DE 8) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the denial of plaintiff's claim for disability benefits is **REVERSED** and this action is **REMANDED** to the Commissioner for purposes of obtaining additional testimony from the Vocational Expert concerning the

deficiencies noted in the Report and Recommendation.

Signed on August 5, 2005

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY